# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RYAN ARCHER (SEE CIVIL COVER SHEET ATTACHMENT)

vs

WALLACE DARLING (SEE CIVIL COVER SHEET ATTACHMENT)

FILED
2008 AUG -8 PM 4:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1451 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THE LAW OFFICE OF MICHAEL A. ALCRED
4250 EXECUTIVE SQUARE, SUITE 528
LA JOLLA, CA 92037-1482
858-453-8450

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK          J. PARIS         DATE   AUG - 8 2008

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## Civil Cover Sheet Attachment

1. **Plaintiffs**: Ryan Archer; Heather Archer; Dr. Craig Chan; Herb Gullingsrud; Carol Gullingsrud; David Hanna; Colleen Hanna; Daniel Hogan; Diane Hogan; Susan Kilman; Pat Mihalik; Larry Nelson; Annette Nelson; Larry Scott; Lynn Scott; William Shanahan; Lise Shanahan; Donna Wolosin and James Wolosin

2. **Defendants**: Wallace Darling, Lakewood Hills Investments, LLC, Universal Real Estate Investments Corp., Land Properties, Inc., Little River Ranch, LLC, Michael Boring, Central Colorado Title Company, Assurity Financial Services, LLC, SunTrust Mortgage, Inc., National City Mortgage Co., Indymac Bank aka Indymac Federal and QuadStar Mortgage (aka QUADSTAR), Scott McDowell and DOES (1-20)